RECEIVED
FEB 13 2018
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Name: Luke Coburn Breinig
Prison Number: 535627
Place of confinement: Anchorage Jail - Correctional Complex West
Mailing address: East 1400 - 4'" West 99501
City, State, Zip: Anchorage AK - 99501
Telephone: 1-907-764-0674

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Luke Coburn Breinig,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

State of Alaska,
Dept of Corrections,

(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:18-CV-00041-RRB
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of **Luke Coburn Breinig**
(print your name)

who presently resides at 4910 Hartman Circle / ~~Palmer, CO~~ / Anchorage Jail - Correctional Complex
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Anchorage shift Sgt Herse/Nurse ?!/ other Pre-Booking CO__ is a citizen of __Alaska__ (state), and is employed as a __State of Alaska - Depts of ~~[struck]~~ Corrections__ (defendant's government position/title).

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__✓__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __All Correctional/Medical/COs involved__ (name) is a citizen of __Alaska__ (state), and is employed as a __Department of Corrections__ (defendant's government position/title).

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something). /Compel/ /leave/

Defendant No. 3, __All Correctional/Medical/C.Os involved__ (name) is a citizen of /passe/ __Alaska__ (state), and is employed as a __Dept of Corrections__ (defendant's government position/title).

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about <u>Can't remember due to memory damage</u>, my civil right to
(Date)
<u>Medical care - Access to the Courts - Freedom from cruel unusual punishments</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by <u>C.O. Campbell - C.O. Tevao - All medical staff and Booking officers.</u>
(Name of the specific Defendant who violated this right.)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Breve - innominatum

Upon Being Booked at Anchorage correctional complex. I was involved in an altercation with Booking an. preBooking officers. I was pepper sprayed upon becoming verbally combative. I was Hog-tied with two sets of hand cuffs. One for my legs, another for my hands. After being beaten I can't remember specifically But I was lifted ~~~~~~~~ over the head of the tallest Correctional Officer and Slammed directly on Top of my head. I saw a flash of white light and sparks.

On a seperate occasion I was suspected of "concealing Narcotics" inside my Body. Because of an incorrect Body X-ray scan. I was placed on a "Dry cell" protocol, with a placard on the outside of the cell - D.S protocol. The dry cell I was put in was visibly filthy. Previous Blood - fecal matter - Urine - Hair and other particulents. A dry cell protocol last 3 days usually. This lasted 9 days - I was given - NO shower - NO Hygene

Prisoner § 1983 - 3
PS01, Nov. 2013

Claim 2: On or about _____, my civil right to
(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

No tooth Brush - No soap - After day 3 - I had developed sores all over my Body. I spoke out to the shift Sargent - no recompse. I Beseeched medical. my neck had staff infections - a Boil on my legs and Knees. The pain was excruciating. They would not let me shower. They Kept me Naked, cold, and with a Body filled with putrid festering sores. So much to the point that I was draining them daily to Keep the infection from spreading to my Blood stream and in an act of Sibul Brevment wiping the puss and the drang on the windows to show them what was happening to me. They would not let me go to court. By the time I went to court, my lawyer K.T. Kurjalida saw the sores on my Body. Also mod worker in echo saw sores on my Body - Brian Butler - Toby spece, gullellos.

Prisoner § 1983 - 4
PS01, Nov. 2013

Claim 3: On or about _____, my civil right to
                              (Date)
_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
              (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Now I have trouble sleeping. I cry and go into a full on panic attack every time I go into a dry cell. I have memory problems, I take anti anxiety medication. My back requires pain management and surgery. I have suffered personal, private, public injuries because of the [scribbled]. My modeling career has been put on hold because of the mental, emotion and physical scars I have to fix and tend to and the healing I need to pay for that I don't have money for.

Prisoner § 1983 - 5
PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the same facts involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? _____ Yes __✓__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ **5.4 million USD**
2. Punitive damages in the amount of $ **3.3 million USD**
3. An order requiring defendant(s) to **Never treat prisoners or any mental health**
4. A declaration that **this will never happen ever again that again**
5. Other: _____

Plaintiff demands a trial by jury. **✓** Yes ____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at **Anchorage Correctional Complex West** on **February 08 2018**
(Location) (Date)

_____
(Plaintiff's Signature)

_____  _____
Original Signature of Attorney (if any)   (Date)

**Kit Kavajula**
**1-907-744-5460**

Attorney's Address and Telephone Number



Luke Coburn Breinig 535627
ACC West
1100 West 4th Ave
Anchorage, AK 99501

United States District Court
District of Alaska
Clerk of Court
FEDERAL Building - US Courthouse
222 W. 7th Avenue #4
Anchorage, Alaska 99513-7564